# United States District Court
### FOR THE
## NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

## AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA ) SS   CASE NUMBER   **MAGISTRATE JUDGE BOBRICK**
NORTHERN DISTRICT OF ILLINOIS )             **00CR1011**

The undersigned Affiant personally appeared before __Judge Edward A. Bobrick__ a United States Magistrate Judge, and being duly sworn on oath, states: that a __Madison__ (City), __Wisconsin__ (State), one __Michael Moore__ (Defendant's Name), was charged with the violation of Section __3583__ of the United States Code, Title __18__, for the offense of __violating supervised release__, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a _____ (Bench or Magistrate Judge) Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

**FILED**
DEC 1 1 2000
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_John Jaehnig_ (Agent's Signature on Oath)

John Jaehnig, Deputy U.S. Marshal
(Agent's Name and Title)

Subscribed and Sworn to before me this __11__ day of __December__, 2000

_Edward Bobrick_
United States Magistrate Judge
Honorable Edward A. Bobrick

**DOCKETED**
DEC 1 3 2000

Christopher S. Niewoehner
Name of Assistant U.S. Attorney
Assigned to this case.

Bond set (or recommended) by issuing Court at _____
(State conditions or that no bond set).

```
DEC.-11'00(MON) 11:02   US-MARSHAL ENFORCEM    TEL:    353 7440         P. 002
  DEC.-11'00(MON) 10:12   USMS-W-WI-90
                                               TEL:608 364 539641       P 002
```

## WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Michael Moore,<br><br>Defendant. | DOCKET NO.<br>96-CR-77-C-02 | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Michael Moore<br>(Whereabouts Unknown) | |

Warrant Issued on the Basis of:

[ ] Indictment   [x] Order of Court   [ ] Information   [ ] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest: NORTHERN ILLINOIS         City: CHICAGO

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Violations of Supervised Release.

IN VIOLATION OF 18 U.S.C. Section 3583

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court:<br>JOSEPH W. SKUPNIEWITZ | (By) Deputy Clerk<br>Virginia Barley | Date Issued:<br>NOV 15 2000 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

Date Received: 12/4/2000

Date Executed: 12/11/2000

Name and Title of Arresting Officer:
JOHN M JAEHNIG, DEPUTY MARSHAL

Signature of Arresting Officer:
John M Jaehnig

# UNITED STATES DISTRICT COURTS
## NORTHERN DISTRICT OF ILLINOIS
### U.S. PROBATION

**WILLIAM T. FOSTER**
CHIEF U.S. PROBATION OFFICER

55 E. MONROE STREET
SUITE 1500
CHICAGO, IL 60603
TEL 312-435-5700
FAX 312-408-5045

October 27, 2000

Kent D. Hanson
Chief United States Probation Officer
120 N. Henry Street
420 U. S. Courthouse
Madison, Wisconsin 53703

                RE:    MOORE, Michael
                        Docket No. 96 CR 77 C -021
                        Reg No. 07489-424

                       **Violation Report - Warrant Requested**

Dear Mr. Hanson:

On May 9, 1997 Mr. Moore appeared before Honorable Barbara B. Crabb, District Judge for the Western District of Wisconsin, on a charge of Conspiracy to Distribute Cocaine Base, a Class C felony, in violation of Title 21 USC 846. At that time he was sentenced to fifty five months custody in the Bureau of Prisons to be followed by a three year period of supervised release. In addition, he was ordered to participate in a substance abuse treatment program and a mental health program as directed by the probation department. Mr. Moore began his supervision on April 9, 2000 in the Northern District of Illinois.

On April 17, 2000, Mr. Moore was seen in our office for his initial interview. At that time, he was referred for random drug screening at the United States Probation Office on a random basis. Mr. Moore failed to keep scheduled appointments with our office on May 24, 2000 and June 6, 2000. A letter was sent to him on August 2, 2000 to report to our office on August 7, 2000. He failed to keep that appointment for August 7, 2000. An attempt to reach Mr. Moore by telephone on August 31, 2000 was also futile.

At this time, we are unaware of Mr. Moore's whereabouts and request a warrant be issued for his arrest.

Mr. Kent D. Hanson - 2
RE: MOORE, Michael
**VIOLATION REPORT**

Should further information be needed, please contact me at the number listed below.

Sincerely,

Dawn M. Bushma
Senior United States Probation Officer
Telephone: 312-435-5727

DMB:dmb